# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Linda N. Fells**                Case No. **12-33848-KRH**
Debtor(s)            Chapter **13**

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.**

For: ☒ Debtor
☐ Attorney [If Applicable:] Name: _____
☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:  ☐ Husband and Wife
☐ Husband Only
☐ Wife Only

*[If applicable]* Case Name: 
*[If applicable]* Case No./Adversary Proceeding No.: 
*[If applicable]* Creditor Name: 

New Address: **9812 Woodman Road**
No. and Street, Apt., P.O. Box or R.D. No.
City: **Henrico**    State: **VA**    Zip: **23228**

Old Address: **4108 Townhouse Rd #K**
No. and Street, Apt., P.O. Box or R.D. No.
City: **Henrico**    State: **VA**    Zip: **23228**

Telephone Number: ( **804** ) **300-0024**
**Please include area code**

**/s/ Robert B. Duke Jr.**
Signature of Filer [*check filer type below*]:
☒ Attorney for Debtor
☐ Debtor
*[If joint case and address is for husband and wife, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: **June 30, 2012**

pc: Trustee
United States Trustee
Creditor (for creditor's change of address)